Submitted on record and briefs June 6, affirmed July 6, petition for review denied September 27, 2005 (339 Or 406)

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM HARRY RUSH,
*Appellant.*

CM02-20475; A121245

114 P3d 545

Ingrid A. MacFarlane filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Linda Wicks, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Landau, Judge.*

PER CURIAM

Affirmed. *State v. Fuerte-Coria*, 196 Or App 170, 100 P3d 773 (2004), *rev den*, 338 Or 16 (2005).

_____

* Landau, J., *vice* Richardson, S. J.